### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELVA FARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-08-898-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered July 31, 2009 ]Doc. No. 18]. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation is ADOPTED in its entirety, the Commissioner's decision is REVERSED and this matter is REMANDED to the Social Security Administration for further administrative proceedings.

IT IS SO ORDERED this 21st day of August, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE